Laurence D. Haveson, State Bar No. 152631
Josh Voorhees, State Bar No. 241436
THE CHANLER GROUP
2560 Ninth Street
Parker Plaza, Suite 214
Berkeley, CA 94710-2565
Telephone:  (510) 848-8880
Facsimile:   (510) 848-8118

Attorneys for Plaintiff
JOHN MOORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOHN MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>MAGNOLIA FURNITURE, LLC; and DOES 1-150, inclusive,<br><br>    Defendants. | Case No. C 13-0574 PJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

1  PLEASE TAKE NOTICE that Plaintiff John Moore hereby substitutes Laurence D. Haveson of The Chanler Group as his attorney of record in this action in place of Jennifer Henry of The Chanler Group, 2560 Ninth Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-8880, facsimile number (510) 848-8118.

All pleadings, orders, notices, motions, discovery, and papers required to be served on plaintiff should henceforth be served upon Laurence D. Haveson at The Chanler Group, 2560 Ninth Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-8880, facsimile number (510) 848-8118.

Dated:  February 22, 2013                          THE CHANLER GROUP


                                                   By:_____/S/_____
                                                      Laurence D. Haveson
                                                      Attorneys for Plaintiff
                                                      JOHN MOORE


I consent to the above substitution of counsel.

Dated:  February 22, 2013                          THE CHANLER GROUP


                                                   By:_____
                                                      Jennifer Henry
                                                      Attorneys for Plaintiff
                                                      JOHN MOORE


I consent to the above substitution of counsel.

Dated:  February 22, 2013


                                                   _____
                                                   John Moore

1  PLEASE TAKE NOTICE that Plaintiff John Moore hereby substitutes Laurence D. Haveson
2  of The Chanler Group as his attorney of record in this action in place of Jennifer Henry of The
3  Chanler Group, 2560 Ninth Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-
4  8880, facsimile number (510) 848-8118.
5  All pleadings, orders, notices, motions, discovery, and papers required to be served on
6  plaintiff should henceforth be served upon Laurence D. Haveson at The Chanler Group, 2560 Ninth
7  Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-8880, facsimile number
8  (510) 848-8118.

9  Dated: February 22, 2013                THE CHANLER GROUP

11                                          By: _____
                                                Laurence D. Haveson
12                                              Attorneys for Plaintiff
                                                JOHN MOORE

14  I consent to the above substitution of counsel.

16  Dated: February 22, 2013                THE CHANLER GROUP

18                                          By: _____
                                                Jennifer Henry
19                                              Attorneys for Plaintiff
                                                JOHN MOORE

21  I consent to the above substitution of counsel.

22  Dated: February 22, 2013

24                                          _____
                                                John Moore

---

NOTICE OF SUBSTITION OF COUNSEL
Moore v. Magnolia Furniture, LLC, et al., Case No. C 13-0574 PJH

1     PLEASE TAKE NOTICE that Plaintiff John Moore hereby substitutes Laurence D. Haveson of The Chanler Group as his attorney of record in this action in place of Jennifer Henry of The Chanler Group, 2560 Ninth Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-8880, facsimile number (510) 848-8118.

5     All pleadings, orders, notices, motions, discovery, and papers required to be served on plaintiff should henceforth be served upon Laurence D. Haveson at The Chanler Group, 2560 Ninth Street, Suite 214, Berkeley, CA 94710, telephone number (510) 848-8880, facsimile number (510) 848-8118.

Dated: February 22, 2013                    THE CHANLER GROUP

By:_____
Laurence D. Haveson
Attorneys for Plaintiff
JOHN MOORE

I consent to the above substitution of counsel.

Dated: February 22, 2013                    THE CHANLER GROUP

By:_____
Jennifer Henry
Attorneys for Plaintiff
JOHN MOORE

I consent to the above substitution of counsel.

Dated: February 22, 2013

_____
John Moore

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

3/1/13

NOTICE OF SUBSTITUTION OF COUNSEL
Moore v. Magnolia Furniture, LLC, et al., Case No. C 13-0574 PJH
- 1 -