| | |
|---|---|
| 1 | Laurence D. Haveson, State Bar No. 152631 |
|   | larry@chanler.com |
| 2 | Josh Voorhees, State Bar No. 241436 |
|   | josh@chanler.com |
| 3 | THE CHANLER GROUP |
|   | 2560 Ninth Street |
| 4 | Parker Plaza, Suite 214 |
|   | Berkeley, CA 94710-2565 |
| 5 | Telephone:  (510) 848-8880 |
|   | Facsimile:   (510) 848-8118 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | JOHN MOORE |
| 8 | Peter W. McGaw, State Bar No. 104691 |
|   | pmcgaw@archernorris.com |
| 9 | ARCHER NORRIS |
|   | 2033 North Main Street, Suite 800 |
| 10 | Walnut Creek, CA 94596-3759 |
|    | Telephone:  (925) 930-6600 |
| 11 | Facsimile:   (925) 930-6620 |
| 12 | Attorneys for Defendant |
|    | MAGNOLIA FURNITURE, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOHN MOORE, | Case No. C 13-0574 PJH |
| Plaintiff, | |
| v. | [RE: Alameda County Superior Court Case No. RG13662039] |
| MAGNOLIA FURNITURE, LLC; and DOES 1-150, inclusive, | **STIPULATION TO REMAND; [PROPOSED] ORDER** |
| Defendants. | Trial Date:   None |

1      WHEREAS, on January 3, 2013, Plaintiff John Moore commenced this action in the California Superior Court for Alameda County, Case No. RG13662039 ;

     WHEREAS, Defendant Magnolia Furniture, LLC removed this action to this Court on February 8, 2013;

     WHEREAS, the parties have met and conferred regarding whether the case should be remanded to the California Superior Court for Alameda County;

     IT IS HEREBY STIPULATED by and between the parties, and through their undersigned counsel, that:

     1.    The entire above-captioned action, which has been removed to the United States District Court for the Northern District of California, be remanded back to the Superior Court of California for Alameda County;

     2.    Defendant's entering into this stipulation shall not be deemed a waiver of the grounds asserted in support of its motion to dismiss for lack of personal jurisdiction or, alternatively, motion to strike, filed in this Court on February 15, 2013; and

     3.    Plaintiff's entering into this stipulation shall not be deemed a general appearance or otherwise affect Plaintiff's rights;

Dated:  March 6, 2013                      THE CHANLER GROUP

                                                      By:      /S/
                                                                   Laurence D. Haveson
                                                                   Attorneys for Plaintiff
                                                                   JOHN MOORE

Dated:  March 6, 2013                      ARCHER NORRIS

                                                      By:      /S/
                                                                   Peter W. McGaw
                                                                   Attorneys for Defendant
                                                                   MAGNOLIA FURNITURE, LLC

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/13

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE